# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>SEAD MILJKOVIĆ<br>also known as SEAD DUKIC<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)     1:23-mj- 155<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 2017 and June 2023__ in the county of __Hamilton__ in the __Eastern__ District of __Tennesse__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1542 | false statement in application of passport (April 2017) |
| 18 U.S.C. § 1542 | false statement in attempted use of passport (June 2023) |

This criminal complaint is based on these facts:
Please see attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Robert A. Cannon, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 6, 2023

*Judge's signature*

City and state:    Chattanooga, Tennessee     Christopher H. Steger, United States Mag. Judge
*Printed name and title*

# AFFIDAVIT

I, Robert A. Cannon, being duly sworn, depose and state the following:

I. BACKGROUND

1) I am a Special Agent (SA) with the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations (HSI), and have been employed as such since May 2018. I am currently assigned to the Office of the Resident Agent in Charge in Chattanooga, Tennessee. I have completed the Federal Law Enforcement Training Center Criminal Investigator Training Program and the HSI Special Agent Training Program. Prior to becoming an HSI SA, I was employed as a Police Officer with the Memphis Police Department in Memphis, Tennessee, from July 2007 until May 2018. In 2015, I received a Bachelor of Arts in Criminology and Criminal Justice from University of Memphis. As an HSI SA, I am authorized to investigate violations of the laws of the United States and have the authority to execute warrants issued under the authority of the United States. I have received specialized training and conducted numerous, long-term investigations regarding a variety of criminal allegations, such as, but not limited to, possession, distribution and smuggling of narcotics, human smuggling and human trafficking, weapon smuggling and weapon trafficking, possession, distribution and production of child pornography, money laundering, bulk cash smuggling, manufacturing and possession of explosive devices, and other related offenses.

II. SUSPECT TO BE ARRESTED

2) This affidavit is provided in support of an application for an arrest warrant for the following individual:

> Name: Sead Miljković
> DOB: May ▮, 1972
> COB: Bosnia and Herzegovina
>
> Alias: Sead DUKIC
> Alias DOB: November ▮, 1971[1]
> Alias COB: Bosnia and Herzegovina
> Alias COC: United States

III. APPLICABLE STATUTES

3) I respectfully submit that probable cause exists that the subject identified above has committed offenses related to Title 18, United States Code, Section 1542, false statement in application for passport and false statement in attempted use of passport.

---

[1] Due to the nature of the allegation presented herein, the suspect's partially redacted date of birth is a necessary identifier.

Page 1 of 4

IV. BASIS OF INVESTIGATION

4) On February 9, 2022, HSI received information that naturalized United States citizen Sead DUKIC (Alien Registration Number 028 213 321, hereinafter referred to as "DUKIC") was an assumed identity for Sead MILJKOVIĆ (Alien Registration Numbers 071 727 450 & 071 728 570, hereinafter referred to as "MILJKOVIĆ"). MILJKOVIĆ is the subject of an INTERPOL red notice requested by Bosnia and Herzegovina (BiH). HSI received documentation from international sources, BiH authorities, and a BiH non-government organization identifying MILJKOVIĆ as having committed criminal offenses in BiH.

5) On February 9, 2022, an HSI Chattanooga criminal analyst provided two images of MILJKOVIĆ and one image of DUKIC without any identifying information to the Tennessee Bureau of Investigation's Fusion Center and requested they identify matches, through facial recognition comparison, within the Tennessee driver's license database. Image one was from MILJKOVIĆ's 1996/1997 I-590 Registration for Classification as Refugee maintained by United States Citizenship and Immigration Services (USCIS); image two was provided by BiH as an attachment to the red notice for MILJKOVIĆ; and image three was from DUKIC's 2006 USCIS I-485 Application to Register Permanent Residence. The top matches for all three photographs were driver's license photographs associated with DUKIC. DUKIC's driver's license shows his address as 1145 Tamarack Trail, East Ridge, Tennessee, within the Eastern District of Tennessee.

6) On February 16, 2022, Supervisory Special Agent (SSA) Arturo Napolitano submitted to the HSI Forensic Laboratory three ten-print fingerprint cards for DUKIC and a copy of a BiH government identification card for MILJKOVIĆ that contained a single right index fingerprint. He requested a comparison of the fingerprint from the BiH government identification card to the right index fingerprint of each of the three ten-print fingerprint cards for DUKIC. On that same day (February 16, 2022), an HSI senior fingerprint specialist provided SSA Napolitano a written report indicating that the fingerprints submitted for examination belonged to the same person. As a result of this fingerprint match and the facial recognition, HSI determined that DUKIC and MILJKOVIĆ are the same person.

7) On April 25, 2022, SSA Napolitano received certified copies from the United States Department of State of DUKIC's Application for a U.S. Passport (DS-11), signed and dated on April 27, 2007, and his U.S. Passport Renewal Application (DS-82), signed and dated on April 22, 2017. During this investigation, SSA Napolitano has consulted with Diplomatic Security Service SSA Katherine Langston regarding DUKIC's passport applications. Based upon his review of the aforementioned documents and in consultation with SSA Langston, HSI has learned the following:

8) On or about April 27, 2007, a male identifying himself as DUKIC submitted a DS-11 Application (#311363393) for a United States Passport to the authorized Passport Acceptance Agent at the Eastgate Station in Chattanooga, Tennessee, within the Eastern

Page 2 of 4

Case 1:23-mj-00155-CHS   Document 1   Filed 06/06/23   Page 3 of 5   PageID #: 3

District of Tennessee. The male claiming to be DUKIC swore to and affirmed to the passport acceptance agent that all the information on the DS-11 application was true and correct.

9) The male claiming to be DUKIC asserted on the passport application that he was a United States Citizen born on November 3, 1971, in BiH. As proof of United States citizenship, DUKIC submitted a United States Naturalization Certificate bearing serial number A028 213 321. As proof of identity, DUKIC submitted a Tennessee Driver's license bearing ID number 095383793 and the name Sead DUKIC. All this information—including the date of birth and the Tennessee identification—was associated with the false personation of DUKIC.

10) The passport application included a question, found in box 20, requiring the applicant to provide, "What other names you have used? (Include Name Changes, Maiden Names, & Former Married Names)." The word "No" is written, indicating that the person claiming to be DUKIC had not used any other names.

11) Based on the information provided in the passport application as part of the application process, a United States Passport (#424023423) issued to the man claiming to be DUKIC on or about May 2, 2007.

12) On or about April 22, 2017, a person identifying himself as DUKIC submitted a DS-82 (#282937723) U.S. Passport Renewal Application for Eligible Individuals by mail to the National Passport Processing Center. The person claiming to be DUKIC declared under the penalty of perjury, by signing his name on the DS-82, that the statements made in the application were true and correct.

13) The person claiming to be DUKIC claimed on the passport renewal application that he was a United States Citizen born on November 3, 1971, in BiH. In support of the passport renewal application, DUKIC's United States Passport (#424023423) was mailed into the National Passport Processing Center with the DS-82 along with a check drawn on a First Tennessee bank account held by DUKIC and Suzana Dukic, DUKIC's wife, and listing 1145 Tamarack Drive, Chattanooga, Tennessee 37412, as the account's address. Zip code 37412 is the zip code for East Ridge, Tennessee. As before, this information—including the date of birth and the original passport—was false.

14) The passport renewal application included a question, found in boxes 9A and 9B, requiring the applicant to "List all other names you have used (Examples: Birth Name, Maiden, Previous Marriage, Legal Name Change. Attach additional pages if needed)." The person claiming to be DUKIC left that field empty, indicating he had not used any other names.

15) The passport renewal application also contained a signed declaration requiring the applicant to review, sign, and date the application. The person claiming to be DUKIC signed and dated the declaration. The declaration read:

I declare under penalty of perjury all of the following 1) I am a citizen or non-citizen national of the United States and have not since acquiring U.S. citizenship or nationality performed any of the acts listed under the "Acts or Conditions" on page four of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached to this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page one of the instructions to the application form.

16) Based on the information provided in the passport renewal application as part of the renewal process, a United States Passport (#572095213) issued to the person claiming to be DUKIC on or about May 21, 2017, and was sent to his address, 1145 Tamarack Tr., East Ridge, Tennessee, within the Eastern District of Tennessee.

17) On May 20, 2023, a Frontier Airlines flight from Atlanta to Cancun, Mexico, was reserved for DUKIC and Suzana Dukic using the date of birth listed in paragraph 2. The reservation is for a June 7, 2023, departure and a June 13, 2023, return. A valid United States passport is required for travel to and return from Mexico.

V. CONCLUSION AND TRIGGERING EVENT

18) Based on the information set forth in this affidavit, the affiant believes that there is probable cause to believe that Sead DUKIC (AKA Sead MILJKOVIĆ) has engaged in activities that violate and has attempted a violation of Title 18, United States Code, Section 1542.

Respectfully Submitted,

Robert A. Cannon, SA HSI

Sworn to and subscribed before me, this the 6th day of June 2023.

Christopher H. Steger
United States Magistrate Judge

Page 4 of 4