U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

- [x] Initial Appearance
- [x] Complaint
- [ ] Preliminary Exam
- [ ] Motion Hearing
- [ ] Indictment
- [ ] SSI
- [ ] Information
- [x] Detention Hearing
- [ ] Bond Hearing
- [ ] Petition for Probation/Supervised Release action
- [ ] Arraignment
- [ ] Arraignment on SSI

Case No. **1:23-MJ-155**  USA v. **Sead Miljkovic aka Sead Dukitc**

**PRESENT:** Honorable **Christopher H. Steger**   [ ] U.S. District Judge OR [x] U.S. Magistrate Judge

**Jay Woods** — Assistant U.S. Attorney
**Bryan Hoss & Janie Varnell** — Attorney for Defendant  [ ] Appt. [x] Retd [ ] Ltd. App.
**Dustin Lett** — Probation Officer

**Kelli Jones** — Courtroom Deputy
Court Reporter:
**Ksenija Keivanzadeh** — Interpreter(s) [x] SWORN

Digital Recording: Crtrm 1B [x]  OR Crtrm 4 [ ]

**PROCEEDINGS:** [x] DEFENDANT(S) SWORN

**DATES SET:**
- [ ] Financial affidavit(s) executed
- [ ] Court appointed attorney(s) under CJA
- [ ] Court may require deft(s) repay govt cost of atty(s)
- [ ] Defendant(s) waived appointment of attorney(s)
- [x] Defendant(s) specifically advised of rights
- [ ] Deft advised of Rules 20, 5 FRCrP
- [ ] Deft executed waiver of Rule 5, 5.1 hearing
- [ ] Deft waived reading of indictment/information
- [ ] Indictment/Information read
- [ ] Deft pleads not guilty to counts _____
- [ ] Not guilty plea entered by Court on deft's behalf
- [ ] Deft. entered no plea

Detention hearing: **held**
Preliminary exam: 
Revocation hearing: 
Arraignment: **6/28/23 @ 10:00**
OTHER: **Det.hrg.cont'd 6/12/23@10:00**

Court ordered file  [ ] sealed OR  [ ] unsealed

**TESTIMONY BY:** Aruro Napolitano, sworn

**OTHER MATTERS:**

I, Kelli Jones, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file Chatt_1-23-mj-155_20230607_141648

**BOND**
- [x] Govt. motion for detention without bond: [ ] granted [ ] denied
- [x] Court ordered deft released on bond (see order setting conditions of release)

Amount: **$30,000.00**   Type: **O/R**

Defendant ineligible for release on bond: _____

Deft [ ] remanded to custody of U.S. Marshal  [ ] remained in custody  [ ] remained on bond  [x] released on bond

Time: **3:15-4:20** to **4:35-5:20**    Date: **6/7/23**

rev 3/09